

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Magistrate Case No.: '08 MJ 8694
              Plaintiff,  )  COMPLAINT FOR VIOLATION OF
    v.  )  21 U.S.C. § 952 and 960
Isaac MORENO-Rubio  )  Importation of a Controlled Substance (Felony)
              Defendant.  )

The undersigned complainant being duly sworn states:

On or about August 4, 2008, within the Southern District of California, defendant Isaac MORENO-Rubio did knowingly and intentionally import approximately 32.40 Kilograms (71.28 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                      Douglas A. Struckmeyer
                      Special Agent
                      U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 5th DAY OF August, 2008.

                      PETER C. LEWIS
                      U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Isaac MORENO-Rubio

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On August 4, 2008, Isaac MORENO-Rubio entered the United States at the Calexico, California West Port of Entry. MORENO was the driver and sole occupant of a 1996 Ford Thunderbird registered in his name. Canine Enforcement Officer (CEO) M. Price was performing pre-primary operations with his Narcotic Detector Dog (NDD) at the time of MORENO's entry. As MORENO entered the primary inspection area, CEO Price's NDD alerted to the front bumper MORENO's vehicle, indicating the presence of the odor of a controlled substance in that area.

CEO Price informed Customs and Border Protection Officer (CBPO) J. Galvan, who was conducting a primary inspection of MORENO and the vehicle. CBPO Galvan received a negative Customs declaration from MORENO, and then referred him to the vehicle secondary lot for further inspection.

CBPO Kierepka encountered MORENO and the vehicle in the secondary inspection area. CBPO Kierepka received a negative Customs declaration from MORENO. CBPO Kierepka then escorted MORENO to the vehicle secondary office so that his vehicle could be searched could be more thoroughly.

A further search of the vehicle resulted in the discovery of two specially-built compartments within the front bumper of the vehicle, containing 30 packages. The

packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 32.40 Kilograms (71.28 pounds).

Special Agent (SA) D. Struckmeyer advised MORENO of his rights per Miranda. MORENO stated he understood his rights and was willing to answer questions without the presence of an attorney.

MORENO stated he was hired to smuggle the marijuana into the United States by a man named JONATHAN. He said that he was supposed to drive the vehicle into the United States, and then leave the vehicle parked at the Double A parking lot. He was going to be paid $1,000 for smuggling the marijuana into the United States.