FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ＿＿ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2927-DMS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ISAAC MORENO-RUBIO, | |
| Defendant. | |

The United States Attorney charges:

On or about August 4, 2008, within the Southern District of California, defendant ISAAC MORENO-RUBIO, did knowingly and intentionally import approximately 32.40 kilograms (71.28 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

*(signature)*

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/27/08