AUG. 13. 2008 10:58AM    US ATTORNEY (RECORDS)                    NO. 5755  P. 6/20

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                **WAIVER OF INDICTMENT**

v.

ISAAC MORENO-RUBIO                       CASE NUMBER: _08CR2927-DMS_

I, ISAAC MORENO-RUBIO, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/28/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

x_Isaac Moreno.R_
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer